**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Brittany Scott and John Doe, Defendants,

Of whom Brittany Scott is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2018-001720

———————————

Appeal From Richland County
Dorothy Mobley Jones, Family Court Judge

———————————

Unpublished Opinion No. 2019-UP-159
Submitted April 18, 2019 – Filed April 26, 2019

———————————

**AFFIRMED**

———————————

Kimberly Yancey Brooks, of Kimberly Y. Brooks,
Attorney at Law, of Greenville, for Appellant.

Laura J. Drew, of Winnsboro, for Respondent.

Angela L. Kohel, of Richland County CASA, of Columbia, for the Guardian ad Litem.

------

**PER CURIAM:**  Brittany Scott appeals from the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2018).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Scott's counsel.

**AFFIRMED.**[1]

**HUFF, THOMAS, and KONDUROS, JJ., concur.**

------

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.